**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

MYKHAILO SKUTAR,                      )
                                      )
                    Petitioner,       )
                                      )
-vs-                                  )       NO. CIV-26-0036-HE
                                      )
MARKWAYNE MULLIN, et al.,             )
                                      )
                    Respondents.      )

## JUDGMENT

In accordance with the order entered this date and the conditions stated therein, the

petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted.

**IT IS SO ORDERED**.

Dated this 24th day of April, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE